**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6268**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ROBERT ISADORE RICHARDSON,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:05-cr-00040-JPB-DJJ-1)

_____

Submitted:  May 30, 2013            Decided:  June 5, 2013

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Isadore Richardson, Appellant Pro Se.  Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Isadore Richardson appeals the district court's order denying relief on his motion seeking a reduction in his sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Richardson, No. 3:05-cr-00040-JPB-DJJ-1 (N.D.W. Va. Jan. 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED